IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                        **CRIMINAL NO. 1:16CR09-07**
                                          **(Judge Keeley)**

**RYAN HAYWORTH,**

    **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 123), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On May 31, 2016, the defendant, Ryan Hayworth ("Hayworth"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of GUILTY to Count Eleven of the Indictment. After Hayworth stated that he understood that the magistrate judge is not a United States District Judge, he consented to tendering his plea before the magistrate judge. Previously, this Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Hayworth's statements during the plea hearing and the testimony of Special Agent John Large, the magistrate judge found that Hayworth was competent to enter a plea, that the plea was freely and voluntarily given, that he was aware of the nature

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 123),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. On June 1, 2016, the magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 123) finding a factual basis for the plea and recommending that this Court accept Hayworth's plea of guilty to Count Eleven of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Hayworth's guilty plea, and **ADJUGES** him **GUILTY** of the crime charged in Count Eleven of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. HAYWORTH**                                                1:16CR09-07

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 123), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Hayworth, and prepare a presentence report for the Court;

2. The Government and Hayworth are to provide their versions of the offense to the probation officer by **June 29, 2016**;

3. The presentence report is to be disclosed to Hayworth, defense counsel, and the United States on or before **August 29, 2016**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **September 12, 2016;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **September 26, 2016**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the

USA v. HAYWORTH                                                1:16CR09-07

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 123),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

factual basis from the statements or motions, on or before **October 10, 2016.**

The magistrate judge continued Hayworth on bond pursuant to the Order Setting Conditions of Release (dkt. no. 31) entered on February 12, 2016.

The Court will conduct the sentencing hearing for the defendant on **Monday, October 31, 2016** at **1:00 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: June 15, 2016

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE